# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**432**

**CA 16-01070**

PRESENT: WHALEN, P.J., LINDLEY, NEMOYER, CURRAN, AND TROUTMAN, JJ.

DARELYN CLAUSE, AS ADMINISTRATRIX OF THE
ESTATE OF KYLE C. ATKINS, DECEASED,
PLAINTIFF-APPELLANT,

V                                                                          ORDER

ERIE COUNTY MEDICAL CENTER, ET AL., DEFENDANTS,
WILLIAM J. FLYNN, JR., M.D. AND JAMES K.
FARRY, M.D., DEFENDANTS-RESPONDENTS.

JARROD W. SMITH, P.L.L.C., JORDAN (JARROD W. SMITH OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (MICHAEL J. WILLETT OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Donna M.
Siwek, J.), entered March 23, 2016. The order granted defendants-
respondents' motion to dismiss the complaint and all cross claims
against them.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered: March 24, 2017                                    Frances E. Cafarell
                                                          Clerk of the Court